

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case Number: **23−01579−WLH11** |
| **Hoodstock Ranch, LLC**<br>(Debtor) | MOTION FOR ORDER OF DISMISSAL FOR FAILURE TO SATISFY MANDATORY REQUIREMENTS AND NOTICE THEREOF |

To:
Debtor(s)
Attorney for Debtor(s)
Trustee
United States Trustee

The undersigned hereby moves the court for an order dismissing the above−captioned case for failure to satisfy the mandatory requirements noted below:

Official Form 204 List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders has not been filed.

**NOTICE IS HEREBY GIVEN** that unless the deficiencies noted above are corrected within fourteen (14) days of the date of this notice, the case will be dismissed.

Date: December 8, 2023

CLERK OF COURT

/s/ Cassandra Rehn

Deputy Clerk